November 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID CASH MOORE, Appellant

NO. 14-14-00738-CV                          V.

SHARON D. ALLEN, ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on July 21, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, David Cash Moore.

We further order this decision certified below for observance.